■ In the Matter of the Application of PAUL CHAZAN (Admitted as PAUL M. CHAZAN), a Suspended Attorney. [703 NYS2d 397] —Application for reinstatement granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Sullivan, J. P., Rosenberger, Mazzarelli, Wallach and Andrias, JJ.

(August 18, 1999)

■ In the Matter of MICHAEL A. BENJAMIN, Appellant, v INDIVIDUALS IDENTIFIED AS CANDIDATES SEEKING THE DESIGNATION FOR THE PUBLIC OFFICE OF DISTRICT ATTORNEY, BRONX COUNTY, et al., Respondents. [693 NYS2d 439] —Order, Supreme Court, Bronx County (Robert Seewald, J.), entered August 13, 1999, unanimously affirmed for the reasons stated by Seewald, J., without costs or disbursements. No opinion. Concur—Mazzarelli, J. P., Andrias, Saxe, Buckley and Friedman, JJ.

■ In the Matter of ANIELLO V. GRIMALDI et al., Appellants, v STEPHEN H. WEINER et al., Respondents, and ROBERT T. JOHNSON, Respondent. [693 NYS2d 439] —Order, Supreme Court, Bronx County (Robert Seewald, J.), entered August 6, 1999, unanimously affirmed for the reasons stated by Seewald, J., without costs or disbursements. No opinion. Concur—Mazzarelli, J. P., Andrias, Saxe, Buckley and Friedman, JJ.